Erica A. Maharg (Bar No. 279396)
George Torgun (Bar No. 222085)
SAN FRANCISCO BAYKEEPER
1736 Franklin St., Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: erica@baykeeper.org
Email: george@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MISSION TRAIL WASTE SYSTEMS, INC.,<br><br>Defendant. | Civil No. 5:15-cv-3465<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; ORDER<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Magistrate Judge Nathanael M. Cousins |

WHEREAS, on July 28, 2015, Plaintiff San Francisco Baykeeper ("Baykeeper") filed the above-entitled action;

WHEREAS, Plaintiff's deadline to serve the complaint on Defendant Mission Trail Waste Systems, Inc. ("Mission Trail") is November 25, 2015, pursuant to Fed. R. Civ. P. 4(m);

WHEREAS, Plaintiff has thus far refrained from serving the complaint while Plaintiff and Mission Trail (collectively, the "Parties") work together in good faith to reach a settlement agreement that would avoid the need for litigation;

WHEREAS, the Court's Order Setting the Initial Case Management Conference and ADR Deadlines ("Scheduling Order") set the Initial Case Management Conference in this matter for October 28, 2015 at 10:00 am.

WHEREAS, the Scheduling Order states that if the Initial Case Management Conference is continued, the other deadlines in the Scheduling Order are continued accordingly.

WHEREAS, the Parties desire to continue informal negotiations in good faith, and anticipate reaching a final settlement in this action within the next eight (8) weeks;

WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the Case Management Conference for December 2, 2015, at 10:00 a.m., or at such later date that is convenient for the Court, in order to give the Parties a chance to complete settlement negotiations without involving the resources of the Court;

WHEREFORE, Plaintiff respectfully requests the Court to approve and enter the Proposed Order below.

Dated:  October 6, 2015                                    Respectfully Submitted,


                                                           /s/ Erica A. Maharg
                                                           _____
                                                           Erica A. Maharg
                                                           Attorney for Plaintiff
                                                           SAN FRANCISCO BAYKEEPER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to December 2, 2015 at 10:00 am.

2. The ADR certifications and stipulations to the ADR process or notices of need for an ADR phone conference shall be filed no later than one week before the Case Management Conference.

3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than one week before the Case Management Conference.

4. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than one week before the Case Management Conference.

5. The Parties must file their consent or declination to proceed before a magistrate judge no later than one week before the Case Management Conference.

IT IS SO ORDERED.

DATE:   October 6, 2015                                   NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Nathanael M. Cousins
United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, Case No. 5:15-cv-3465

Case 5:15-cv-03465-NC   Document 6   Filed 10/06/15   Page 4 of 4