Erica A. Maharg (Bar No. 279396)
George Torgun (Bar No. 222085)
SAN FRANCISCO BAYKEEPER
1736 Franklin St., Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: erica@baykeeper.org
Email: george@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br>MISSION TRAIL WASTE SYSTEMS, INC.,<br><br>　　　　　　Defendant. | Civil No. 5:15-cv-03465-NC<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [~~PROPOSED~~] ORDER<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Magistrate Judge Nathanael M. Cousins |

Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant Mission Trail Waste Systems, Inc. ("Mission Trail") respectfully submit this stipulation as follows:

WHEREAS, Baykeeper and Mission Trail (collectively, the "Parties") have been working together in good faith to reach a settlement in this action;

WHEREAS, the Court's Order Setting the Initial Case Management Conference and ADR Deadlines ("Scheduling Order") set the Initial Case Management Conference in this matter for October 28, 2015 at 10:00 am;

WHEREAS, the Scheduling Order states that if the Initial Case Management Conference is continued, the other deadlines in the Scheduling Order are continued accordingly;

WHEREAS, on October 6, 2015, the Court, in response to Baykeeper's request, continued the Case Management Conference to December 2, 2015;

WHEREAS, the Parties have continued settlement discussions but have not yet reached a final agreement;

WHEREAS, the Parties desire to continue informal negotiations in good faith, and anticipate reaching a final settlement in this action within the next five (5) weeks;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The Case Management Conference shall be continued to January 6, 2016, at 10:00 a.m., or at such later date that is convenient for the Court;

2. The ADR certifications and stipulations to the ADR process or notices of need for an ADR phone conference shall be filed no later than one week before the Case Management Conference.

3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than one week before the Case Management Conference.

4. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than one week before the Case Management Conference.

###

###

Dated:  November 23, 2015

Respectfully Submitted,

/s/ Erica A. Maharg

Erica A. Maharg
Attorney for Plaintiff
SAN FRANCISCO BAYKEEPER

Dated: November 23, 2015

/s/ Michael V. Brady

Michael V. Brady
Attorney for Defendant
MISSION TRAIL WASTE SYSTEMS, INC.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, Case No. 5:15-cv-03465-NC

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to __January 6, 2016__, at 10:00 am.
2. The ADR certifications and stipulations to the ADR process or notices of need for an ADR phone conference shall be filed no later than one week before the Case Management Conference.
3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than one week before the Case Management Conference, including defendant's consent/declination.
4. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than one week before the Case Management Conference.

IT IS SO ORDERED.

DATE: __November 25, 2015__



NORTHERN DISTRICT OF CALIFORNIA

Honorable
United

GRANTED
Judge Nathanael M. Cousins

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, Case No. 5:15-cv-03465-NC